**JEANNE TORSKE**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: jeanne.torske@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
JUN 24 2020
Clerk, U.S. Courts
District Of Montana
Missoula Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHASE EVERETT SEXTON, Defendant. | CR 20-63-BLG-SPW  **INDICTMENT**  **FALSE STATEMENT DURING FIREARMS TRANSACTION** Title 18 U.S.C. § 922(a)(6) (Counts I. & II) (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |

THE GRAND JURY CHARGES:

COUNT I

That on or about March 6, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHASE EVERETT SEXTON, in connection with attempting to acquire a firearm, that is, a Kahr, model CW9,

1

9 mm, semiautomatic pistol, from Shipton's Big R, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which was likely to deceive Shipton's Big R as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he had not previously been convicted by a court of a felony, when in truth and fact, he knew he had previously been convicted of a felony in the Commonwealth of Massachusetts, in violation of 18 U.S.C. § 922(a)(6).

## COUNT II

That on or about March 17, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHASE EVERETT SEXTON, in connection with attempting to acquire a firearm, that is, a Kahr, model CW9, 9 mm, semiautomatic pistol, from Shipton's Big R, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which was likely to deceive Shipton's Big R as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he had not previously been convicted by a court of a felony, when in truth and fact, he knew he had previously been convicted of a felony in the Commonwealth of Massachusetts, in violation of 18 U.S.C. § 922(a)(6).

Foreperson signature redacted. Original document filed under seal.

A TRUE BILL.

_[signature]_

KURT G. ALME
United States Attorney

_[signature]_

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Warrant:
Bail:
Summons: IA/Arraignment before Magistrate Cavan on 7/21/20 at 9:00 a.m. in Billings