IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAS EVERETT SEXTON,<br><br>Defendant. | CR 20-63-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, CHAS EVERETT SEXTON is hereby released from the custody of the U.S. Marshals Service.

DATED this 21st day of December, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1